666 A.2d 161

IN THE MATTER OF MICHAEL HAWKINS,
AN ATTORNEY AT LAW.

November 6, 1995.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11(b)(2) recommending that **MICHAEL HAWKINS** of **PATERSON,** who was admitted to the

bar of this State in 1984, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **MICHAEL HAWKINS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL HAWKINS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **MICHAEL HAWKINS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.